**Opinion issued May 28, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-26-00199-CV

———————————

## IN RE SONIA GEORGE, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Sonia George, filed a petition for writ of mandamus challenging the trial court's January 9, 2026 order denying her "Rule 202 Petition to Investigate Potential Claims."[1] In her petition for writ of mandamus, relator requested that this Court grant her mandamus relief and direct the trial court to vacate its January 9, 2026 order and reconsider the rule 202 petition, and "where appropriate, conduct[]

---

[1] The underlying case is *In re Sonia George*, Cause No. 136635-CV, in the 412th District Court of Brazoria County, Texas, the Honorable Justin R. Gilbert presiding.

[an] in-camera inspection and apply[] limitations on a category-specific basis" to the documents and records requested in her rule 202 petition.

We conclude that relator has failed to establish she is entitled to mandamus relief, and therefore, the Court denies relator's petition for writ of mandamus. We dismiss any pending motion as moot.

**PER CURIAM**

Panel consists of Justices Gunn, Caughey, and Morgan.